UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

                v.

GAMBINO, ET AL.,
                     Defendant(s)

----------------------------------------------------------X

NOTICE OF CHANGE OF ADDRESS

88-CR-00919 (PKL)

      GERALD L. SHARGEL an attorney duly admitted to practice law in this Court, respectfully notifies the Court of the following change of address:

                                                      /s/ Gerald L. Shargel
                                                      Gerald L. Shargel
                                                      1790 Broadway, Ste. 1501
                                                      New York, NY 10019
                                                      gshargel@shargellaw.com
                                                      (212) 446-2323
                                                      (212) 446-2330 (fax)